1

2

3

4

5

6                                 **UNITED STATES DISTRICT COURT**

7                                 **EASTERN DISTRICT OF CALIFORNIA**

8    JEFFREY TODD EASTMAN,                     )   Case No.: 1:21-cv-00797-SAB (PC)
                                               )
9                  Plaintiff,                  )
                                               )   ORDER TO SHOW CAUSE WHY ACTION
10        v.                                   )   SHOULD NOT BE DISMISSED
                                               )
11   ROBERT B. WESTBROOK, et al.,              )   (ECF No. 9
                                               )
12                 Defendants.                 )
                                               )
13                                             )

14        Plaintiff Jeffrey Todd Eastman is proceeding *pro se* and *in forma pauperis* in this civil rights

15   action pursuant to 42 U.S.C. § 1983.

16        On July 21, 2021, the Court screened Plaintiff's complaint, and granted Plaintiff the

17   opportunity to file an amended complaint or notify the Court of his intent to proceed on claim found to

18   be cognizable.  (ECF No. 9.)  Plaintiff has not filed an amended complaint or otherwise communicated

19   with the Court and the time to do so has expired.   Accordingly, within fourteen (14) days from the

20   date of service of this order, Plaintiff shall show cause why this action should not be dismissed for

21   failure to prosecute and failure to comply with a court order.  Plaintiff's failure to comply with this

22   order will result a recommendation to dismiss the action.

23

24   IT IS SO ORDERED.

25   Dated:   **August 30, 2021**          _____

26                                         UNITED STATES MAGISTRATE JUDGE

27

28

                                                   1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28