UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY TODD EASTMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT B. WESTBROOK, et al.,<br><br>　　　　　Defendants. | Case No.: 1:21-cv-00797-SAB (PC)<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS, AND GRANTING PLAINTIFF THIRTY DAYS TO FILE AN AMENDED COMPLAINT<br><br>(ECF No. 12) |

　　　　Plaintiff Jeffrey Todd Eastman is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　Plaintiff filed the instant action on May 17, 2021.  On July 21, 2021, the Court screened Plaintiff complaint, found that no cognizable claims were stated, and granted Plaintiff thirty days to file an amended complaint.  (ECF No. 9.)  Plaintiff failed to file an amended complaint, and on August 30, 2021, the Court ordered Plaintiff to show cause within fourteen days why the action should not be dismissed.  (ECF No. 10.)  After Plaintiff failed to respond to the order to show cause, the Court issued Findings and Recommendations to dismiss the action on September 27, 2021.  (ECF No. 12.)  On October 12, 2021, Plaintiff filed a response.  (ECF No. 13.)

///

///

Plaintiff contends that due to lack of funds, stationary material, postage, paper, envelopes and pens he was unable to comply with court's deadlines. Plaintiff requests that the action not be dismissed as he is now has access to materials.

Based on the showing of good cause, the Court will vacate the Findings and Recommendations issued on September 27, 2021, and grant Plaintiff thirty days to file an amended complaint.

Accordingly, it is HEREBY ORDERED that:

1. The Findings and Recommendations issued on September 27, 2021, are vacated;
2. Within thirty (30) days from the date of service of this order, Plaintiff shall file an amended complaint in compliance with the Court's July 21, 2021 screening order; and
3. Failure to comply with this order will result in a recommendation for dismissal.

IT IS SO ORDERED.

Dated:   **October 15, 2021**

UNITED STATES MAGISTRATE JUDGE