UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY TODD EASTMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT B. WESTBROOK, et al.,<br><br>    Defendants. | Case No.: 1:21-cv-00797-NONE-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br><br>(ECF No. 14) |

Plaintiff Jeffrey Todd Eastman is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Plaintiff filed the instant action on May 17, 2021.  On July 21, 2021, the Court screened Plaintiff complaint, found that no cognizable claims were stated, and granted Plaintiff thirty days to file an amended complaint.  (ECF No. 9.)  Plaintiff failed to file an amended complaint, and on August 30, 2021, the Court ordered Plaintiff to show cause within fourteen days why the action should not be dismissed.  (ECF No. 10.)  After Plaintiff failed to respond to the order to show cause, the Court issued Findings and Recommendations to dismiss the action on September 27, 2021.  (ECF No. 12.)  On October 12, 2021, Plaintiff filed a response.  (ECF No. 13.)  Plaintiff claimed that due to lack of funds, stationary material, postage, paper, envelopes and pens he was unable to comply with court's deadlines.  (Id.)  Accordingly, on October 15, 2021, the Court vacated the Findings and

1

Recommendations and granted Plaintiff thirty days to file an amended complaint.  (ECF No. 14.) Plaintiff has failed to respond to the Court's October 15, 2021 order and the time to do so has passed.

Accordingly, it is HEREBY ORDERED that:

1. Within fourteen days from the date of service of this order Plaintiff shall show cause why the action should not be dismissed; and

2. Failure to comply with this order will result in a recommendation for dismissal of the action for failure to state a cognizable claim for relief, failure to comply with a court order and failure to prosecute.

IT IS SO ORDERED.

Dated:   **November 29, 2021**

UNITED STATES MAGISTRATE JUDGE