UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY TODD EASTMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT B. WESTBROOK, et al.,<br><br>    Defendants. | Case No.: 1:21-cv-00797-JLT-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING ACTION<br><br>(Doc. 17) |

Jeffrey Todd Eastman is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 4, 2022, findings and recommendations were entered, recommending that this action be dismissed plaintiff's failure to state a cognizable claim for relief, failure to obey a court order, and failure to prosecute. (Doc. 17.) Plaintiff was granted fourteen days in which to file objections to the findings and recommendations. (*Id.*) The fourteen-day period has passed, and Plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis insofar as it recommends dismissal for failure to prosecute and failure to obey a court order. The court declines to

address the alternative grounds for dismissal. Accordingly, the Court **ORDERS**:

1. The findings and recommendations issued by the magistrate judge on January 4, 2022, (Doc. 17) are adopted in full.
2. This action is dismissed for Plaintiff's failure to obey a court order and failure to prosecute; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **February 8, 2022**

UNITED STATES DISTRICT JUDGE